OREGON EX REL. SMITH *v.* GLADDEN, WARDEN.

No. 23, Misc. Decided October 9, 1961.

Appellant *pro se.*

*Robert Y. Thornton,* Attorney General of Oregon, and *Harold W. Adams,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

HAMILTON, ALIAS HAYDEN, *v.* SUPERIOR COURT OF CALIFORNIA, IN AND FOR MARIN COUNTY.

No. 105, Misc. Decided October 9, 1961.

Appellant *pro se.*

*Richard Gladstein* and *Norman Leonard* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.